WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Olvera,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CitiBank NA, et al.,<br><br>　　　　Defendants. | No. CV-19-00468-TUC-DCB<br><br>**ORDER** |

The Court having reviewed the Stipulation of Dismissal and finding good cause,

**Accordingly,**

**IT IS ORDERED** that the Stipulation (Doc. 41) is GRANTED.

**IT IS FURTHER ORDERED** that, pursuant to the Stipulation, the Defendant, Equifax Information Services, LLC, is dismissed with prejudice, with Plaintiff and Defendant to each bear their own attorney's fees, costs and expenses.

Dated this 24th day of February, 2020.

_____
Honorable David C. Bury
United States District Judge